UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEVAR AZIZOVA, Plaintiff, - against - CITIBANK, N.A., Defendant. | Case No: 1:26-cv-05958-EK-SDE |

**AMENDED CERTIFICATE OF SERVICE**

Anthony Rosario, hereby certifies pursuant to 28 U.S.C. 1746 and under penalty of perjury that on the 5th day of October, 2026 I served a true copy of **CITIBANK, N.A.'S ANSWER AND DEFENSES** on the party listed below in the manner indicated below:

***By First Class Mail***

Sevar Azizova
*Pro Se Plaintiff*
1447 E. 2nd Street
Apt. 2B
Brooklyn, NY 11230

Dated: October 5, 2026

Anthony Rosario